NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH EMMANUEL FOOTE,       )
Doc #Y64947,                )
                            )
        Appellant,           )
                            )
v.                          )       Case No. 2D18-2626
                            )
STATE OF FLORIDA,           )
                            )
        Appellee.            )
                            )
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender, and
Andres Sanchez Special Assistant Public
Defender, Bartow, for Appellant.

Joseph Emmanuel Foote, Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, LUCAS AND SALARIO, JJ., Concur.